# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131796

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                              SC: 131796
                                                               COA: 270356
                                                               Oakland CC: 2005-202065-FH
LARRY LEE JOHNSON,
        Defendant-Appellant.

_____/


        On order of the Court, the application for leave to appeal the June 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.




        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
                Clerk

11122